**DENIED**
**Moot.**



DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

In the United States Bankruptcy Court
For the District of Maryland

In Re: Stephen L. Hooper　　　　　　　　　　　　　Case No. 10-16258
　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13
　　Debtor(s)

\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*

ORDER APPROVING DISTRIBUTION OF ATTORNEY'S FEES

Upon consideration of the MOTION TO APPROVE DISTRIBUTION OF ATTORNEY'S FEES, and any response thereto, it is by the United States Bankruptcy Court for the District of Maryland:

ORDERED, that counsel fees in the amount of $2,500.00 are allowed; and

ORDERED, that the Trustee pay $2,500.00 directly to counsel, less $1,306.00 previously received and any applicable Trustee fees.

Cc. Chapter 13 Trustee
　　Debtor
　　Debtor's Counsel

**END OF ORDER**